■ Erving R. Brown, Individually and as Parent and Natural Guardian of Ysreen Brown, an Infant, Respondent, v City School District of the City of Corning, Appellant. — Judgment unanimously affirmed, with costs, for the reasons stated in the memorandum decision at Supreme Court, Tillman, J. (Appeal from judgment of Steuben Supreme Court, Tillman, J. — injunction.) Present — Cardamone, J.P., Simons, Callahan, Doerr and Moule, JJ. [104 Misc 2d 796.]

■ In the Matter of Gannett Co., Inc., et al., Respondents, v City of Rochester and Thomas P. Ryan, Jr., et al., Constituting the Rochester City Council, Appellants. (Appeal No. 2.) — Judgment unanimously affirmed, with costs. Same opinion as in *Matter of Sciolino v Ryan* (81 AD2d 475). (Appeal from judgment of Monroe Supreme Court, Boomer, J. — art 78.) Present — Cardamone, J.P., Simons, Callahan, Doerr and Moule, JJ. (Decided June 29, 1981.) [103 Misc 2d 1021.]